1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11 | DONNA CARROLL BRIGGS, | Case No. ED CV 15-00670 AFM

12 | Plaintiff,

**JUDGMENT**

13 | v.

14

15 | CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

16 | Defendant.

17

18

19        In accordance with the Order Affirming Decision of Commissioner filed

20 concurrently herewith,

21        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22 AFFIRMED.

23

24 DATED:  January 25, 2016

25

26        _____

27              ALEXANDER F. MacKINNON
        UNITED STATES MAGISTRATE JUDGE

28